No. 88–6865.   ZATKO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 88–6890.   BREEST v. CUNNINGHAM, WARDEN.   C. A. 1st Cir.   Certiorari denied.

No. 88–6901.   GILES v. LAND, JUDGE, SUPERIOR COURT OF GEORGIA, MUSCOGEE COUNTY.   C. A. 11th Cir.   Certiorari denied.

No. 88–6903.   PATTERSON v. MICHIGAN.   Ct. App. Mich. Certiorari denied.

No. 88–6904.   MCDONALD v. YELLOW CAB METRO, INC.   Sup. Ct. Tenn.   Certiorari denied.

No. 88–6906.   EAST v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 88–6910.   MANROSS ET AL. v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 88–6912.   WILLIAMS v. HARRIS.   C. A. 11th Cir.   Certiorari denied.

No. 88–6915.   YATES v. BANKS.   C. A. 5th Cir.   Certiorari denied.

No. 88–6916.   ROSBERG v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.   C. A. 8th Cir.   Certiorari denied.

No. 88–6920.   LAYTON v. WHITLEY, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 88–6924.   CRAMER v. KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 88–6925.   CHASE v. OREGON.   Ct. App. Ore.   Certiorari denied.

No. 88–6928.   FICA v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6932.   EUBANKS ET UX. v. SOUTH CAROLINA NATIONAL BANK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–6940.   DE YOUNG v. NORMAN ET AL.   C. A. 8th Cir. Certiorari denied.